**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-01605-RM-STV

CHARTER OAK FIRE INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

GARAGE CONDOS OF OKLAHOMA, LLC, an Oklahoma limited liability company,
NCB, LLC, a Colorado limited liability company, and
TODD NORDSTROM, an individual,

    Defendants.

## ORDER

    This matter is before the Court *sua sponte* upon review of the Complaint and finding an issue is raised as to whether subject matter jurisdiction has been shown to exist. *See Amazon, Inc. v. Dirt Camp, Inc.,* 273 F.3d 1271, 1276 (10th Cir. 2001) (A federal court has an independent obligation to examine its own jurisdiction at every stage of the proceeding.). Plaintiffs assert diversity jurisdiction pursuant to 28 U.S.C. § 1332, which requires complete diversity of citizenship between the parties. Here, to show diversity, Plaintiffs allege the following:

    (1) Charter Oak is an insurance company incorporated in the State of Connecticut with its principal place of business located at One Tower Square, Hartford, Connecticut 06183;

    (2) Travelers Property Casualty Company of America is an insurance company incorporated in the State of Connecticut with its principal place of business located at One Tower Square, Hartford, Connecticut 06183;

    (3) Defendant Garage Condos of Oklahoma, LLC is an Oklahoma limited liability company with its principal place of business in Edmond, Oklahoma;

  (4) Defendant NCB, LLC is a Colorado limited liability company with its principal place of business at 9226 Teddy Lane, Suite 125, Lone Tree, Colorado 80124; and

  (5) Upon information and belief, Defendant Todd Nordstrom is an individual residing in Douglas County, Colorado. Defendant Nordstrom is a managing member of Defendant NCB.

(ECF No. 1, ¶¶4-8.)

A corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). But, "an LLC, as an unincorporated association, takes the citizenship of all its members." *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015) (citation omitted). Defendants Garage Condos and NCB are LLCs but Plaintiffs fail to allege the identity and citizenship of these LLC Defendants' members. As such, diversity jurisdiction has not been shown.

Based on the foregoing, it is **ORDERED** that on or before Friday, June 12, 2020, Plaintiffs shall **SHOW CAUSE** why this case should not be dismissed without prejudice due to this Court's lack of subject matter jurisdiction.

DATED this 5th day of June, 2020.

              BY THE COURT:

              _____
              RAYMOND P. MOORE
              United States District Judge